IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN DOE; JANE DOE; and JAMES DOE,<br><br>  Plaintiffs,<br><br>V.<br><br>CITY OF BOSTON; PAUL EVANS, individually; ROBERT DUNFORD, individually; MELBERT AHEARN, individually; ANNE MARIE DOHERTY, individually; LADONNA HATTON, individually; EILEEN VANDERWOOD, individually; JOHN MCLEAN, individually; MARIE DONOHUE, individually; DEFENDANT DOES 1-5, individually; MASSACHUSETTS DEPARTMENT OF CHILDREN AND FAMILIES; DEFENDANT DOES 6-10, individually; BOSTON POLICE PATROLMAN'S ASSOCIATION; THOMAS NEE, individually; DEFENDANT DOES 11-15, individually; PATRICK ROSE, SR.; and FRANCES ROSE,<br><br>  Defendants. | C.A. No. 1:23-CV-11294-FDS |

**NOTICE OF DISMISSAL**
**OF DEFENDANT, MASSACHUSETTS DEPARTMENT OF CHILDREN AND FAMILIES**

Now come Plaintiffs, John Doe, Jane Doe, and James Doe in the above-entitled action, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), and hereby stipulate to the dismissal without prejudice of Defendant, Massachusetts Department of Children and Families, only. All claims against all other defendants, including the Doe Defendants shall remain.

|  |  |
|---|---|
|  | PLAINTIFFS, JOHN DOE, JANE DOE, AND JAMES DOE, |
| DATE: August 16, 2023 | */s/ Janine D. Kutylo, Esq.* |
|  | Patrick Driscoll (BBO# 669560) pdriscoll@boyleshaughnessy.com Janine D. Kutylo (BBO# 647662) jkutylo@boyleshaughnessy.com Christopher W. Upperman (BBO# 711713) cupperman@boyleshaughnessy.com Boyle \| Shaughnessy Law, P.C. 695 Atlantic Avenue, 11th Floor Boston, MA  02111 T: 617-451-2000 F: 617-451-5775 |

{B1835721.1}                                             2

## CERTIFICATE OF SERVICE

      I, the undersigned, hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants, as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those identified as non-registered participants on this 16th day of August, 2023.

                                              */s/ Janine D. Kutylo, Esq.*

                                              Patrick Driscoll, BBO# 669560
                                              Janine D. Kutylo, BBO# 647662
                                              Christopher W. Upperman, BBO# 711713