UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOHN DOE, JANE DOE and JAMES DOE,
Plaintiffs,


v.                                    CIVIL ACTION NO. 1:23-cv-11294-FDS

CITY OF BOSTON,
PAUL EVANS, individually,
ROBERT DUNFORD, individually,
MELBERT AHERN, individually,
ANNE MARIE DOHERTY, individually,
LADONNA HATTON, individually,
EILEEN VANDERWOOD, individually,
JOHN MCLEAN, individually,
MARIE DONOHUE, individually,
 DEFENDANTS DOES 1-5, individually,
MASSACHUSETTS DEPARTMENT OF CHILDREN AND FAMILIES, DEFENDANT DOES
6-10, individually,
BOSTON POLICE PATROLMAN'S ASSOCIATION,
THOMAS NEE, individually,
DEFENDANT DOES 11-15, individually,
**PATRICK ROSE Senior**,
and FRANCES ROSE,
Defendants.

**ANSWER OF PATRICK ROSE SENIOR TO PLAINTIFFS' COMPLAINT**

Now comes the defendant, Patrick Rose Sr. and answers the allegations of the Plaintiffs'
complaint as follows:

1. The defendant Patrick Rose Sr. admits the allegations in paragraph 1.
2. The defendant Patrick Rose Sr. admits the allegations in paragraph 2.
3. The defendant Patrick Rose Sr. admits the allegations in paragraph 3.
4. The defendant Patrick Rose Sr. lack knowledge or information sufficient to form a belief
   about the truth of this paragraph, accordingly it is denied.
5. The defendant Patrick Rose Sr. admits that he worked as a police officer rising through
   the ranks of the BPD and the union, however, he denies each and every remaining
   allegation of this paragraph.
6. The defendant is without sufficient knowledge or information to form a belief as the truth
   of the allegations in paragraph 6.
7. The defendant is without sufficient knowledge or information to form a belief as the truth
   of the allegations in paragraph 7.

1

## JURISDICTION AND VENUE

8. Paragraph 8 states legal conclusions for which the defendant Patrick Rose Sr. neither admits nor denies.

9. Paragraph 9 states legal conclusions for which the defendant Patrick Rose Sr. neither admits nor denies.

10. Paragraph 10 states legal conclusions for which the defendant Patrick Rose Sr. neither admits nor denies.

11. Paragraph 11 states legal conclusions for which the defendant Patrick Rose Sr. neither admits nor denies.

## PARTIES

### Plaintiffs

12. Paragraph 12 states information about a plaintiff for which the defendant Patrick Rose Sr. neither admits nor denies.

13. Paragraph 13 states information about a plaintiff for which the defendant Patrick Rose Sr. neither admits nor denies.

14. Paragraph 14 states information about a plaintiff for which the defendant Patrick Rose Sr. neither admits nor denies.

### BPD Defendants

15. Paragraph 15 states information about a defendant for which the defendant Patrick Rose Sr. neither admits nor denies.

16. Paragraph 16 states information about a defendant for which the defendant Patrick Rose Sr. neither admits nor denies.

17. Paragraph 17 states information about a defendant for which the defendant Patrick Rose Sr. neither admits nor denies.

18. Paragraph 18 states information about a defendant for which the defendant Patrick Rose Sr. neither admits nor denies.

19. Paragraph 19 states information about a defendant for which the defendant Patrick Rose Sr. neither admits nor denies.

20. Paragraph 20 states information about a defendant for which the defendant Patrick Rose Sr. neither admits nor denies.

21. Paragraph 21 states information about a defendant for which the defendant Patrick Rose Sr. neither admits nor denies.

22. Paragraph 22 states information about a defendant for which the defendant Patrick Rose Sr. neither admits nor denies.

23. Paragraph 23 states information about a defendant for which the defendant Patrick Rose Sr. neither admits nor denies.

24. Paragraph 24 states information about a defendant for which the defendant Patrick Rose Sr. neither admits nor denies.

25. Paragraph 25 states information about a defendant for which the defendant Patrick Rose Sr. neither admits nor denies.

26. Paragraph 26 states information about a defendant for which the defendant Patrick Rose Sr. neither admits nor denies.

27. Paragraph 27 states information about a defendant for which the defendant Patrick Rose Sr. neither admits nor denies.

28. Paragraph 28 states information about a defendant for which the defendant Patrick Rose Sr. neither admits nor denies.

29. Paragraph 29 states information about a defendant for which the defendant Patrick Rose Sr. neither admits nor denies.

30. Paragraph 30 states information about a defendant for which the defendant Patrick Rose Sr. neither admits nor denies.

31. Paragraph 31 states information about a defendant for which the defendant Patrick Rose Sr. neither admits nor denies.

32. Paragraph 32 states information about a defendant for which the defendant Patrick Rose Sr. neither admits nor denies.

33. Paragraph 33 states information about a defendant for which the defendant Patrick Rose Sr. neither admits nor denies.

34. Paragraph 34 states information about a defendant for which the defendant Patrick Rose Sr. neither admits nor denies.

35. Paragraph 35 states information about a defendant for which the defendant Patrick Rose Sr. neither admits nor denies.

36. Paragraph 36 states information about a defendant for which the defendant Patrick Rose Sr. neither admits nor denies.

37. Paragraph 37 states information about a defendant for which the defendant Patrick Rose Sr. neither admits nor denies.

38. Paragraph 38 states information about a defendant for which the defendant Patrick Rose Sr. neither admits nor denies.

39. Paragraph 39 states information about a defendant for which the defendant Patrick Rose Sr. neither admits nor denies.

40. Paragraph 40 states information about a defendant for which the defendant Patrick Rose Sr. neither admits nor denies.

41. Paragraph 41 states information about a defendant for which the defendant Patrick Rose Sr. neither admits nor denies.

42. Paragraph 42 states information about a defendant for which the defendant Patrick Rose Sr. neither admits nor denies.

43. Paragraph 43 states information about a defendant for which the defendant Patrick Rose Sr. neither admits nor denies.

44. Paragraph 44 states information about a defendant for which the defendant Patrick Rose Sr. neither admits nor denies.

45. Paragraph 45 states information about a defendant for which the defendant Patrick Rose Sr. neither admits nor denies.

46. Paragraph 46 states information about a defendant for which the defendant Patrick Rose Sr. neither admits nor denies.

47. Paragraph 47 states information about a defendant for which the defendant Patrick Rose Sr. neither admits nor denies.

48. Paragraph 48 states information about a defendant for which the defendant Patrick Rose Sr. neither admits nor denies.

49. Paragraph 49 states information about a defendant for which the defendant Patrick Rose Sr. neither admits nor denies.

50. Paragraph 50 states information about a defendant for which the defendant Patrick Rose Sr. neither admits nor denies.

51. Paragraph 51 states information about a defendant for which the defendant Patrick Rose Sr. neither admits nor denies.

52. Paragraph 52 states information about a defendant for which the defendant Patrick Rose Sr. neither admits nor denies.

53. Paragraph 53 states information about a defendant for which the defendant Patrick Rose Sr. neither admits nor denies.

54. Paragraph 54 states information about a defendant for which the defendant Patrick Rose Sr. neither admits nor denies.

55. Paragraph 55 states information about a defendant for which the defendant Patrick Rose Sr. neither admits nor denies.

56. Paragraph 56 states information about a defendant for which the defendant Patrick Rose Sr. neither admits nor denies.

57. Paragraph 57 states information about a defendant for which the defendant Patrick Rose Sr. neither admits nor denies.

58. Paragraph 58 states information about a defendant for which the defendant Patrick Rose Sr. neither admits nor denies.

59. Paragraph 59 states information about a defendant for which the defendant Patrick Rose Sr. neither admits nor denies.

60. Paragraph 60 states information about a defendant for which the defendant Patrick Rose Sr. neither admits nor denies.

61. Paragraph 61 states information about a defendant for which the defendant Patrick Rose Sr. neither admits nor denies.

**DCF Defendants**

62. Paragraph 62 states information about a defendant for which the defendant Patrick Rose Sr. neither admits nor denies.

63. Paragraph 63 states information about a defendant for which the defendant Patrick Rose Sr. neither admits nor denies.

64. Paragraph 64 states information about a defendant for which the defendant Patrick Rose Sr. neither admits nor denies.

65. Paragraph 65 states information about a defendant for which the defendant Patrick Rose Sr. neither admits nor denies.

66. Paragraph 66 states information about a defendant for which the defendant Patrick Rose Sr. neither admits nor denies.

## BPPA Defendants

67. Paragraph 67 states information about a defendant for which the defendant Patrick Rose Sr. neither admits nor denies.
68. Paragraph 68 states information about a defendant for which the defendant Patrick Rose Sr. neither admits nor denies.
69. Paragraph 69 states information about a defendant for which the defendant Patrick Rose Sr. neither admits nor denies.
70. Paragraph 70 states information about a defendant for which the defendant Patrick Rose Sr. neither admits nor denies.
71. Paragraph 71 states information about a defendant for which the defendant Patrick Rose Sr. neither admits nor denies.
72. Paragraph 72 states information about a defendant for which the defendant Patrick Rose Sr. neither admits nor denies.
73. Paragraph 73 states information about a defendant for which the defendant Patrick Rose Sr. neither admits nor denies.
74. Paragraph 74 states information about a defendant for which the defendant Patrick Rose Sr. neither admits nor denies.
75. Paragraph 75 states information about a defendant for which the defendant Patrick Rose Sr. neither admits nor denies.

## FACTS
### History of Sexual Abuse

76. The defendant Patrick Rose Sr. asserts his Fifth Amendment right of the United States Constitution to not incriminate himself and in order to not consider this an admission under the Rules of Federal Procedure, he denies the allegations of this paragraph.
77. The defendant Patrick Rose Sr. asserts his Fifth Amendment right of the United States Constitution to not incriminate himself and in order to not consider this an admission under the Rules of Federal Procedure, he denies the allegations of this paragraph.
78. The defendant Patrick Rose Sr. asserts his Fifth Amendment right of the United States Constitution to not incriminate himself and in order to not consider this an admission under the Rules of Federal Procedure, he denies the allegations of this paragraph.
79. The defendant Patrick Rose Sr. admits the allegations of this paragraph.
80. The defendant Patrick Rose Sr. admits the allegations of this paragraph.
81. The defendant Patrick Rose Sr. asserts his Fifth Amendment right of the United States Constitution to not incriminate himself and in order to not consider this an admission under the Rules of Federal Procedure, he denies the allegations of this paragraph.
82. The defendant Patrick Rose Sr. asserts his Fifth Amendment right of the United States Constitution to not incriminate himself and in order to not consider this an admission under the Rules of Federal Procedure, he denies the allegations of this paragraph.
83. The defendant Patrick Rose Sr. admits the allegations of this paragraph.
84. The defendant Patrick Rose Sr. asserts his Fifth Amendment right of the United States Constitution to not incriminate himself and in order to not consider this an admission under the Rules of Federal Procedure, he denies the allegations of this paragraph.

**Notice of the 1992 Abuse**

85. The defendant is without sufficient knowledge or information to form a belief as the truth of the allegations in paragraph 85.
86. The defendant is without sufficient knowledge or information to form a belief as the truth of the allegations in paragraph 86.
87. The defendant is without sufficient knowledge or information to form a belief as the truth of the allegations in paragraph 87.
88. The defendant is without sufficient knowledge or information to form a belief as the truth of the allegations in paragraph 88.
89. The defendant is without sufficient knowledge or information to form a belief as the truth of the allegations in paragraph 89.
90. The defendant is without sufficient knowledge or information to form a belief as the truth of the allegations in paragraph 90.
91. The defendant is without sufficient knowledge or information to form a belief as the truth of the allegations in paragraph 91.

**Notice of 1995 Abuse**

92. The defendant is without sufficient knowledge or information to form a belief as the truth of the allegations in paragraph 92.
93. The defendant is without sufficient knowledge or information to form a belief as the truth of the allegations in paragraph 93.
94. The defendant is without sufficient knowledge or information to form a belief as the truth of the allegations in paragraph 94.
95. The defendant is without sufficient knowledge or information to form a belief as the truth of the allegations in paragraph 95.
96. The defendant is without sufficient knowledge or information to form a belief as the truth of the allegations in paragraph 96.
97. The defendant is without sufficient knowledge or information to form a belief as the truth of the allegations in paragraph 97.
98. The defendant is without sufficient knowledge or information to form a belief as the truth of the allegations in paragraph 98.
99. The defendant is without sufficient knowledge or information to form a belief as the truth of the allegations in paragraph 99.
100. The defendant is without sufficient knowledge or information to form a belief as the truth of the allegations in paragraph 100.
101. The defendant is without sufficient knowledge or information to form a belief as the truth of the allegations in paragraph 101.
102. The defendant is without sufficient knowledge or information to form a belief as the truth of the allegations in paragraph 102.
103. The defendant is without sufficient knowledge or information to form a belief as the truth of the allegations in paragraph 103.
104. The defendant admits the allegations in paragraph 104.
105. The defendant admits the allegations in paragraph 105.

106.        The defendant is without sufficient knowledge or information to form a belief as the truth of the allegations in paragraph 106.

107.        The defendant is without sufficient knowledge or information to form a belief as the truth of the allegations in paragraph 107.

108.        The defendant is without sufficient knowledge or information to form a belief as the truth of the allegations in paragraph 108.

109.        The defendant is without sufficient knowledge or information to form a belief as the truth of the allegations in paragraph 109.

110.        The defendant is without sufficient knowledge or information to form a belief as the truth of the allegations in paragraph 110.

111.        The defendant is without sufficient knowledge or information to form a belief as the truth of the allegations in paragraph 111.

112.        The defendant admits the allegations in paragraph 112.

113.        The defendant is without sufficient knowledge or information to form a belief as the truth of the allegations in paragraph 113.

114.        The defendant is without sufficient knowledge or information to form a belief as the truth of the allegations in paragraph 114.

115.        The defendant is without sufficient knowledge or information to form a belief as the truth of the allegations in paragraph 115.

116.        The defendant is without sufficient knowledge or information to form a belief as the truth of the allegations in paragraph 116.

117.        The defendant is without sufficient knowledge or information to form a belief as the truth of the allegations in paragraph 117.

118.        The defendant is without sufficient knowledge or information to form a belief as the truth of the allegations in paragraph 118.

119.        The defendant is without sufficient knowledge or information to form a belief as the truth of the allegations in paragraph 119.

120.        The defendant is without sufficient knowledge or information to form a belief as the truth of the allegations in paragraph 120.

**DCF Finds Evidence of Abuse and Refers to District Attorney**

121.        The defendant is without sufficient knowledge or information to form a belief as the truth of the allegations in paragraph 121.

122.        The defendant is without sufficient knowledge or information to form a belief as the truth of the allegations in paragraph 122.

123.        The defendant is without sufficient knowledge or information to form a belief as the truth of the allegations in paragraph 123.

124.        The defendant is without sufficient knowledge or information to form a belief as the truth of the allegations in paragraph 124.

125.        The defendant is without sufficient knowledge or information to form a belief as the truth of the allegations in paragraph 125.

126.        The defendant is without sufficient knowledge or information to form a belief as the truth of the allegations in paragraph 126.

127.      The defendant is without sufficient knowledge or information to form a belief as the truth of the allegations in paragraph 127.

128.      The defendant is without sufficient knowledge or information to form a belief as the truth of the allegations in paragraph 128.

129.      The defendant is without sufficient knowledge or information to form a belief as the truth of the allegations in paragraph 129.

130.      The defendant is without sufficient knowledge or information to form a belief as the truth of the allegations in paragraph 130.

131.      The defendant is without sufficient knowledge or information to form a belief as the truth of the allegations in paragraph 131.

**Criminal Complaint Against Rose**

132.      The defendant is without sufficient knowledge or information to form a belief as the truth of the allegations in paragraph 132.

133.      The defendant is without sufficient knowledge or information to form a belief as the truth of the allegations in paragraph 133.

134.      The defendant is without sufficient knowledge or information to form a belief as the truth of the allegations in paragraph 134.

135.      The defendant is without sufficient knowledge or information to form a belief as the truth of the allegations in paragraph 135.

136.      The defendant is without sufficient knowledge or information to form a belief as the truth of the allegations in paragraph 136.

137.      The defendant is without sufficient knowledge or information to form a belief as the truth of the allegations in paragraph 137.

138.      The defendant is without sufficient knowledge or information to form a belief as the truth of the allegations in paragraph 138.

139.      The defendant is without sufficient knowledge or information to form a belief as the truth of the allegations in paragraph 139.

140.      The defendant is without sufficient knowledge or information to form a belief as the truth of the allegations in paragraph 140.

141.      The defendant is without sufficient knowledge or information to form a belief as the truth of the allegations in paragraph 141.

142.      The defendant is without sufficient knowledge or information to form a belief as the truth of the allegations in paragraph 142.

143.      The defendant is without sufficient knowledge or information to form a belief as the truth of the allegations in paragraph 143.

144.      The defendant is without sufficient knowledge or information to form a belief as the truth of the allegations in paragraph 144.

145.      The defendant is without sufficient knowledge or information to form a belief as the truth of the allegations in paragraph 145.

146.      The defendant is without sufficient knowledge or information to form a belief as the truth of the allegations in paragraph 146.

147.      The defendant is without sufficient knowledge or information to form a belief as the truth of the allegations in paragraph 147.

148.     The defendant is without sufficient knowledge or information to form a belief as the truth of the allegations in paragraph 148.

149.     The defendant is without sufficient knowledge or information to form a belief as the truth of the allegations in paragraph 149.

150.     The defendant is without sufficient knowledge or information to form a belief as the truth of the allegations in paragraph 150.

151.     The defendant is without sufficient knowledge or information to form a belief as the truth of the allegations in paragraph 151.

152.     The defendant is without sufficient knowledge or information to form a belief as the truth of the allegations in paragraph 152.

### IAD Complaint

153.     The defendant is without sufficient knowledge or information to form a belief as the truth of the allegations in paragraph 153.

154.     The defendant is without sufficient knowledge or information to form a belief as the truth of the allegations in paragraph 154.

155.     The defendant is without sufficient knowledge or information to form a belief as the truth of the allegations in paragraph 155.

156.     The defendant is without sufficient knowledge or information to form a belief as the truth of the allegations in paragraph 156.

157.     The defendant is without sufficient knowledge or information to form a belief as the truth of the allegations in paragraph 157.

158.     The defendant is without sufficient knowledge or information to form a belief as the truth of the allegations in paragraph 158.

159.     The defendant is without sufficient knowledge or information to form a belief as the truth of the allegations in paragraph 159.

160.     The defendant is without sufficient knowledge or information to form a belief as the truth of the allegations in paragraph 160.

### IAD Complaint Sustained

161.     The defendant is without sufficient knowledge or information to form a belief as the truth of the allegations in paragraph 161.

162.     The defendant is without sufficient knowledge or information to form a belief as the truth of the allegations in paragraph 162.

163.     The defendant is without sufficient knowledge or information to form a belief as the truth of the allegations in paragraph 163.

164.     The defendant is without sufficient knowledge or information to form a belief as the truth of the allegations in paragraph 164.

165.     The defendant is without sufficient knowledge or information to form a belief as the truth of the allegations in paragraph 165.

166.     The defendant is without sufficient knowledge or information to form a belief as the truth of the allegations in paragraph 166.

167.     The defendant is without sufficient knowledge or information to form a belief as the truth of the allegations in paragraph 167.

168.      The defendant is without sufficient knowledge or information to form a belief as the truth of the allegations in paragraph 168.

169.      The defendant is without sufficient knowledge or information to form a belief as the truth of the allegations in paragraph 169.

170.      The defendant is without sufficient knowledge or information to form a belief as the truth of the allegations in paragraph 170.

171.      The defendant is without sufficient knowledge or information to form a belief as the truth of the allegations in paragraph 171.

172.      The defendant is without sufficient knowledge or information to form a belief as the truth of the allegations in paragraph 172.

173.      The defendant is without sufficient knowledge or information to form a belief as the truth of the allegations in paragraph 173.

174.      The defendant is without sufficient knowledge or information to form a belief as the truth of the allegations in paragraph 174.

175.      The defendant is without sufficient knowledge or information to form a belief as the truth of the allegations in paragraph 175.

176.      The defendant is without sufficient knowledge or information to form a belief as the truth of the allegations in paragraph 176.

177.      The defendant is without sufficient knowledge or information to form a belief as the truth of the allegations in paragraph 177.

178.      The defendant is without sufficient knowledge or information to form a belief as the truth of the allegations in paragraph 178.

179.      The defendant is without sufficient knowledge or information to form a belief as the truth of the allegations in paragraph 179.

180.      The defendant is without sufficient knowledge or information to form a belief as the truth of the allegations in paragraph 180.

181.      The defendant is without sufficient knowledge or information to form a belief as the truth of the allegations in paragraph 181.

182.      The defendant is without sufficient knowledge or information to form a belief as the truth of the allegations in paragraph 182.

183.      The defendant is without sufficient knowledge or information to form a belief as the truth of the allegations in paragraph 183.

184.      The defendant is without sufficient knowledge or information to form a belief as the truth of the allegations in paragraph 184.

185.      The defendant is without sufficient knowledge or information to form a belief as the truth of the allegations in paragraph 185.

186.      The defendant is without sufficient knowledge or information to form a belief as the truth of the allegations in paragraph 186.

187.      The defendant is without sufficient knowledge or information to form a belief as the truth of the allegations in paragraph 187.

188.      The defendant is without sufficient knowledge or information to form a belief as the truth of the allegations in paragraph 188.

189.    The defendant is without sufficient knowledge or information to form a belief as the truth of the allegations in paragraph 189.

190.    The defendant is without sufficient knowledge or information to form a belief as the truth of the allegations in paragraph 190.

191.    The defendant is without sufficient knowledge or information to form a belief as the truth of the allegations in paragraph 191.

192.    The defendant is without sufficient knowledge or information to form a belief as the truth of the allegations in paragraph 192.

193.    The defendant is without sufficient knowledge or information to form a belief as the truth of the allegations in paragraph 193.

194.    The defendant is without sufficient knowledge or information to form a belief as the truth of the allegations in paragraph 194.

195.    The defendant is without sufficient knowledge or information to form a belief as the truth of the allegations in paragraph 195.

196.    The defendant is without sufficient knowledge or information to form a belief as the truth of the allegations in paragraph 196.

197.    The defendant is without sufficient knowledge or information to form a belief as the truth of the allegations in paragraph 197.

198.    The defendant is without sufficient knowledge or information to form a belief as the truth of the allegations in paragraph 198.

199.    The defendant is without sufficient knowledge or information to form a belief as the truth of the allegations in paragraph 199.

200.    The defendant is without sufficient knowledge or information to form a belief as the truth of the allegations in paragraph 200.

201.    The defendant is without sufficient knowledge or information to form a belief as the truth of the allegations in paragraph 201.

202.    The defendant is without sufficient knowledge or information to form a belief as the truth of the allegations in paragraph 202.

203.    The defendant is without sufficient knowledge or information to form a belief as the truth of the allegations in paragraph 203.

204.    The defendant is without sufficient knowledge or information to form a belief as the truth of the allegations in paragraph 204.

205.    The defendant is without sufficient knowledge or information to form a belief as the truth of the allegations in paragraph 205.

**BPPA Demands BPD Reinstate Rose**

206.    The defendant is without sufficient knowledge or information to form a belief as the truth of the allegations in paragraph 206.

207.    The defendant is without sufficient knowledge or information to form a belief as the truth of the allegations in paragraph 207.

208.    The defendant is without sufficient knowledge or information to form a belief as the truth of the allegations in paragraph 208.

209.    The defendant is without sufficient knowledge or information to form a belief as the truth of the allegations in paragraph 209.

210.     The defendant is without sufficient knowledge or information to form a belief as the truth of the allegations in paragraph 210.

211.     The defendant is without sufficient knowledge or information to form a belief as the truth of the allegations in paragraph 211.

212.     The defendant is without sufficient knowledge or information to form a belief as the truth of the allegations in paragraph 212.

213.     The defendant is without sufficient knowledge or information to form a belief as the truth of the allegations in paragraph 213.

214.     The defendant is without sufficient knowledge or information to form a belief as the truth of the allegations in paragraph 214.

215.     The defendant is without sufficient knowledge or information to form a belief as the truth of the allegations in paragraph 215.

216.     The defendant is without sufficient knowledge or information to form a belief as the truth of the allegations in paragraph 216.

217.     The defendant is without sufficient knowledge or information to form a belief as the truth of the allegations in paragraph 217.

218.     The defendant is without sufficient knowledge or information to form a belief as the truth of the allegations in paragraph 218.

Evans Reinstates Rose Despite IAD's Sustained Complaint

219.     The defendant is without sufficient knowledge or information to form a belief as the truth of the allegations in paragraph 219.

220.     The defendant Patrick Rose Sr. admits the allegations in paragraph 220.

221.     The defendant Patrick Rose Sr. admits the allegations in paragraph 221.

222.     The defendant Patrick Rose Sr. admits the allegations in paragraph 222.

223.     The defendant Patrick Rose Sr. asserts his Fifth Amendment right of the United States Constitution to not incriminate himself and in order to not consider this an admission under the Rules of Federal Procedure, he denies the allegations of this.

224.     The defendant is without sufficient knowledge or information to form a belief as the truth of the allegations in paragraph 115.

**2020 Criminal Complaint Against Rose**

225.     The defendant Patrick Rose Sr. admits the allegations in paragraph 1.

226.     The defendant Patrick Rose Sr. admits the allegations in paragraph 1.

227.     The defendant Patrick Rose Sr. admits that he was arrested on August 12, 2020; but denies the other allegations in paragraph 227.

228.     The defendant Patrick Rose Sr. admits the allegations in paragraph 228.

229.     The defendant Patrick Rose Sr. admits the allegations in paragraph 229.

230.     The defendant Patrick Rose Sr. admits the allegations in paragraph 230.

231.     The defendant is without sufficient knowledge or information to form a belief as the truth of the allegations in paragraph 231.

232.     The defendant Patrick Rose Sr. asserts his Fifth Amendment right of the United States Constitution to not incriminate himself and in order to not consider this an admission under the Rules of Federal Procedure, he denies the allegations of this paragraph.

233.     The defendant Patrick Rose Sr. asserts his Fifth Amendment right of the United States Constitution to not incriminate himself and in order to not consider this an

admission under the Rules of Federal Procedure, he denies the allegations of this paragraph.

234.    The defendant Patrick Rose Sr. asserts his Fifth Amendment right of the United States Constitution to not incriminate himself and in order to not consider this an admission under the Rules of Federal Procedure, he denies the allegations of this paragraph.

235.    The defendant Patrick Rose Sr. asserts his Fifth Amendment right of the United States Constitution to not incriminate himself and in order to not consider this an admission under the Rules of Federal Procedure, he denies the allegations of this paragraph.

236.    The defendant is without sufficient knowledge or information to form a belief as the truth of the allegations in paragraph 236.

### BPD's Custom and Practice of Covering Up Police Officer's Criminal Acts

237.    The defendant is without sufficient knowledge or information to form a belief as the truth of the allegations in paragraph 237.

238.    The defendant is without sufficient knowledge or information to form a belief as the truth of the allegations in paragraph 238.

239.    The defendant is without sufficient knowledge or information to form a belief as the truth of the allegations in paragraph 239.

240.    The defendant is without sufficient knowledge or information to form a belief as the truth of the allegations in paragraph 240.

241.    The defendant is without sufficient knowledge or information to form a belief as the truth of the allegations in paragraph 250.

242.    The defendant is without sufficient knowledge or information to form a belief as the truth of the allegations in paragraph 251.

### CAUSES OF ACTION
### Count 1
### Violation of the Fourteenth Amendment, 42 U.S.C. § 1983 – Police/Customs
### (City of Boston, BPD Defendants)

243.    The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

244.    The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

245.    The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

246.    The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

247.    The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

248.    The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

249.    The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

250.    The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

251.    The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

252.    The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

253.    The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

254.    The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

255.    The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

256.    The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

257.    The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

258.    The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

259.    The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

260.    The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

261.    The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

262.    The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

263.    The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

264.    The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

265.    The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

266.    The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

267.    The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

268.    The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

269.    The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

270.    The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

**Count 2**
**Violation of the Fourteenth Amendment, 42 U.S.C. § 1983 – Failure to Screen/Train/Supervise**
**(City of Boston, BPD Defendants)**

271.    The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

272.     The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

273.     The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

274.     The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

275.     The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

276.     The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

277.     The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

278.     The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

279.     The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

280.     The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

281.     The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

282.     The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

283.     The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

284.     The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

285.     The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

286.     The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

287.     The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

288.     The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

289.     The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

290.     The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

291.     The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

292.     The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

293.     The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

294.     The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

295.        The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

296.        The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

297.        The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

298.        The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

299.        The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

300.        The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

**Count 3**
**Violation of the Fourteenth Amendment, 42 U.S.C. § 1983 – Supervisory Liability**
**(BPD Defendants)**

301.        The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

302.        The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

303.        The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

304.        The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

305.        The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

306.        The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

307.        The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

308.        The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

309.        The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

310.        The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

311.        The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

312.        The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

313.        The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

314.        The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

315.        The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

316.     The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.
317.     The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.
318.     The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.
319.     The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.
320.     The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.
321.     The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

**Count 4**
**Violation of the Fourteenth Amendment, 42 U.S.C. § 1983 – State-Created Danger**
**(City of Boston, BPD Defendants)**

322.     The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.
323.     The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.
324.     The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.
325.     The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.
326.     The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.
327.     The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.
328.     The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.
329.     The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.
330.     The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.
331.     The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.
332.     The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.
333.     The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.
334.     The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.
335.     The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.
336.     The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

337.     The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.
338.     The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.
339.     The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.
340.     The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.
341.     The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.
342.     The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.
343.     The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.
344.     The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.
345.     The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.
346.     The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.
347.     The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

**Count 5**
**Violation of the Fourteenth Amendment, 42 U.S.C. § 1983**
**(Patrick Rose Sr.)**

348.     The defendant Patrick Rose Sr. denies the allegations of this paragraph.
349.     The defendant Patrick Rose Sr. denies the allegations of this paragraph.
350.     The defendant Patrick Rose Sr. denies the allegations of this paragraph.
351.     The defendant Patrick Rose Sr. denies the allegations of this paragraph.
352.     The defendant Patrick Rose Sr. denies the allegations of this paragraph.
353.     The defendant Patrick Rose Sr. denies the allegations of this paragraph.
354.     The defendant Patrick Rose Sr. denies the allegations of this paragraph.
355.     The defendant Patrick Rose Sr. denies the allegations of this paragraph.
356.     The defendant Patrick Rose Sr. denies the allegations of this paragraph.
357.     The defendant Patrick Rose Sr. denies the allegations of this paragraph.
358.     The defendant Patrick Rose Sr. denies the allegations of this paragraph.

**Count 6**
**Violation of the Fourteenth Amendment, 42 U.S.C. § 1983**
**(Frances Rose)**

359.     The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.
360.     The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.
361.     The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

362.        The defendant Patrick Rose Sr. makes no answer to the allegations of this
paragraph as it does not state a cause of action against him.

363.        The defendant Patrick Rose Sr. makes no answer to the allegations of this
paragraph as it does not state a cause of action against him.

364.        The defendant Patrick Rose Sr. makes no answer to the allegations of this
paragraph as it does not state a cause of action against him.

365.        The defendant Patrick Rose Sr. makes no answer to the allegations of this
paragraph as it does not state a cause of action against him.

366.        The defendant Patrick Rose Sr. makes no answer to the allegations of this
paragraph as it does not state a cause of action against him.

367.        The defendant Patrick Rose Sr. makes no answer to the allegations of this
paragraph as it does not state a cause of action against him.

368.        The defendant Patrick Rose Sr. makes no answer to the allegations of this
paragraph as it does not state a cause of action against him.

## Count 7
### Violation of the Fourteenth Amendment, 42 U.S.C. § 1983 – Policies/Customs
### (DCF, DCF Defendants)

369.        The defendant Patrick Rose Sr. makes no answer to the allegations of this
paragraph as it does not state a cause of action against him.

370.        The defendant Patrick Rose Sr. makes no answer to the allegations of this
paragraph as it does not state a cause of action against him.

371.        The defendant Patrick Rose Sr. makes no answer to the allegations of this
paragraph as it does not state a cause of action against him.

372.        The defendant Patrick Rose Sr. makes no answer to the allegations of this
paragraph as it does not state a cause of action against him.

373.        The defendant Patrick Rose Sr. makes no answer to the allegations of this
paragraph as it does not state a cause of action against him.

374.        The defendant Patrick Rose Sr. makes no answer to the allegations of this
paragraph as it does not state a cause of action against him.

375.        The defendant Patrick Rose Sr. makes no answer to the allegations of this
paragraph as it does not state a cause of action against him.

376.        The defendant Patrick Rose Sr. makes no answer to the allegations of this
paragraph as it does not state a cause of action against him.

377.        The defendant Patrick Rose Sr. makes no answer to the allegations of this
paragraph as it does not state a cause of action against him.

378.        The defendant Patrick Rose Sr. makes no answer to the allegations of this
paragraph as it does not state a cause of action against him.

379.        The defendant Patrick Rose Sr. makes no answer to the allegations of this
paragraph as it does not state a cause of action against him.

380.        The defendant Patrick Rose Sr. makes no answer to the allegations of this
paragraph as it does not state a cause of action against him.

381.        The defendant Patrick Rose Sr. makes no answer to the allegations of this
paragraph as it does not state a cause of action against him.

382.        The defendant Patrick Rose Sr. makes no answer to the allegations of this
paragraph as it does not state a cause of action against him.

383.    The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

384.    The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

385.    The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

386.    The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

387.    The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

**Count 8**

**Violation of the Fourteenth Amendment, 42 U.S.C. § 1983 – Failure to Screen/Train/Supervise**

**(DCF, DCF Defendants)**

388.    The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

389.    The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

390.    The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

391.    The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

392.    The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

393.    The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

394.    The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

395.    The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

396.    The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

397.    The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

398.    The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

399.    The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

400.    The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

401.    The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

402.    The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

403.    The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

404.    The defendant Patrick Rose Sr. makes no answer to the allegations of this
paragraph as it does not state a cause of action against him.

405.    The defendant Patrick Rose Sr. makes no answer to the allegations of this
paragraph as it does not state a cause of action against him.

406.    The defendant Patrick Rose Sr. makes no answer to the allegations of this
paragraph as it does not state a cause of action against him.

407.    The defendant Patrick Rose Sr. makes no answer to the allegations of this
paragraph as it does not state a cause of action against him.

408.    The defendant Patrick Rose Sr. makes no answer to the allegations of this
paragraph as it does not state a cause of action against him.

409.    The defendant Patrick Rose Sr. makes no answer to the allegations of this
paragraph as it does not state a cause of action against him.

410.    The defendant Patrick Rose Sr. makes no answer to the allegations of this
paragraph as it does not state a cause of action against him.

411.    The defendant Patrick Rose Sr. makes no answer to the allegations of this
paragraph as it does not state a cause of action against him.

**Count 9**
**Violation of the Fourteenth Amendment, 42 U.S.C. § 1983 – Supervisory Liability**
**(DCF, DCF Defendants)**

412.    The defendant Patrick Rose Sr. makes no answer to the allegations of this
paragraph as it does not state a cause of action against him.

413.    The defendant Patrick Rose Sr. makes no answer to the allegations of this
paragraph as it does not state a cause of action against him.

414.    The defendant Patrick Rose Sr. makes no answer to the allegations of this
paragraph as it does not state a cause of action against him.

415.    The defendant Patrick Rose Sr. makes no answer to the allegations of this
paragraph as it does not state a cause of action against him.

416.    The defendant Patrick Rose Sr. makes no answer to the allegations of this
paragraph as it does not state a cause of action against him.

417.    The defendant Patrick Rose Sr. makes no answer to the allegations of this
paragraph as it does not state a cause of action against him.

418.    The defendant Patrick Rose Sr. makes no answer to the allegations of this
paragraph as it does not state a cause of action against him.

419.    The defendant Patrick Rose Sr. makes no answer to the allegations of this
paragraph as it does not state a cause of action against him.

420.    The defendant Patrick Rose Sr. makes no answer to the allegations of this
paragraph as it does not state a cause of action against him.

421.    The defendant Patrick Rose Sr. makes no answer to the allegations of this
paragraph as it does not state a cause of action against him.

422.    The defendant Patrick Rose Sr. makes no answer to the allegations of this
paragraph as it does not state a cause of action against him.

423.    The defendant Patrick Rose Sr. makes no answer to the allegations of this
paragraph as it does not state a cause of action against him.

424.    The defendant Patrick Rose Sr. makes no answer to the allegations of this
paragraph as it does not state a cause of action against him.

425.　　　The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

426.　　　The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

427.　　　The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

**Count 10**
**Violation of the Fourteenth Amendment, 42 U.S.C. § 1983**
**– Affirmative Conduct/State Created Danger**
**(DCF, DCF Defendants)**

428.　　　The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

429.　　　The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

430.　　　The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

431.　　　The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

432.　　　The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

433.　　　The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

434.　　　The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

435.　　　The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

436.　　　The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

437.　　　The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

438.　　　The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

439.　　　The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

440.　　　The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

441.　　　The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

442.　　　The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

443.　　　The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

444.       The defendant Patrick Rose Sr. makes no answer to the allegations of this
paragraph as it does not state a cause of action against him.
445.       The defendant Patrick Rose Sr. makes no answer to the allegations of this
paragraph as it does not state a cause of action against him.
446.       The defendant Patrick Rose Sr. makes no answer to the allegations of this
paragraph as it does not state a cause of action against him.
447.       The defendant Patrick Rose Sr. makes no answer to the allegations of this
paragraph as it does not state a cause of action against him.
448.       The defendant Patrick Rose Sr. makes no answer to the allegations of this
paragraph as it does not state a cause of action against him.
449.       The defendant Patrick Rose Sr. makes no answer to the allegations of this
paragraph as it does not state a cause of action against him.
450.       The defendant Patrick Rose Sr. makes no answer to the allegations of this
paragraph as it does not state a cause of action against him.
451.       The defendant Patrick Rose Sr. makes no answer to the allegations of this
paragraph as it does not state a cause of action against him.
452.       The defendant Patrick Rose Sr. makes no answer to the allegations of this
paragraph as it does not state a cause of action against him.

**Count 11**
**Conspiracy to Interfere with Civil Rights Act - 42 U.S.C. § 1983**
**(City of Boston, BPD Defendants)**

453.       The defendant Patrick Rose Sr. makes no answer to the allegations of this
paragraph as it does not state a cause of action against him.
454.       The defendant Patrick Rose Sr. makes no answer to the allegations of this
paragraph as it does not state a cause of action against him.
455.       The defendant Patrick Rose Sr. makes no answer to the allegations of this
paragraph as it does not state a cause of action against him.
456.       The defendant Patrick Rose Sr. makes no answer to the allegations of this
paragraph as it does not state a cause of action against him.
457.       The defendant Patrick Rose Sr. makes no answer to the allegations of this
paragraph as it does not state a cause of action against him.

**Count 12**
**Conspiracy to Interfere with Civil Rights Act - 42 U.S.C. § 1985**
**(DCF, DCF Defendants)**

458.       The defendant Patrick Rose Sr. makes no answer to the allegations of this
paragraph as it does not state a cause of action against him.
459.       The defendant Patrick Rose Sr. makes no answer to the allegations of this
paragraph as it does not state a cause of action against him.
460.       The defendant Patrick Rose Sr. makes no answer to the allegations of this
paragraph as it does not state a cause of action against him.
461.       The defendant Patrick Rose Sr. makes no answer to the allegations of this
paragraph as it does not state a cause of action against him.
462.       The defendant Patrick Rose Sr. makes no answer to the allegations of this
paragraph as it does not state a cause of action against him.

**Count 13**
**Conspiracy to Interfere with Civil Rights Act - 42 U.S.C. § 1985**

**(BPPA, BPPA Defendants)**

463.    The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

464.    The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

465.    The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

466.    The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

467.    The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

**Count 14**
**Conspiracy to Interfere with Civil Rights Act - 42 U.S.C. § 1985**
**(Patrick Rose Sr.)**

468.    The defendant Patrick Rose Sr. denies the allegations of this paragraph.

469.    The defendant Patrick Rose Sr. denies the allegations of this paragraph.

470.    The defendant Patrick Rose Sr. denies the allegations of this paragraph.

471.    The defendant Patrick Rose Sr. denies the allegations of this paragraph.

472.    The defendant Patrick Rose Sr. denies the allegations of this paragraph.

**Count 15**
**Conspiracy to Interfere with Civil Rights Act - 42 U.S.C. § 1985**
**(Frances Rose)**

473.    The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

474.    The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

475.    The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

476.    The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

477.    The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

**Count 16**
**Violation of Massachusetts Civil Rights Act – M.G.L. c. 12 §11H & 11I**
**(City of Boston, BPD Defendants)**

478.    The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

479.    The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

480.    The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

481.    The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

**Count 17**
**Violation of Massachusetts Civil Rights Act – M.G.L. c. 12 §11H & 11I**
**(DCF, DCF Defendants)**

482.　　　The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

483.　　　The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

484.　　　The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

485.　　　The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

486.

## Count 18
## Violation of Massachusetts Civil Rights Act – M.G.L. c. 12 §11H & 11I
### (BPPA, BPPA Defendants)

487.　　　The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

488.　　　The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

489.　　　The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

490.　　　The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

## Count 19
## Violation of Massachusetts Civil Rights Act – M.G.L. c. 12 §11H & 11I
### (Patrick Rose Sr.)

491.　　　The defendant Patrick Rose Sr. denies the allegations of this paragraph.

492.　　　The defendant Patrick Rose Sr. denies the allegations of this paragraph.

493.　　　The defendant Patrick Rose Sr. denies the allegations of this paragraph.

494.　　　The defendant Patrick Rose Sr. denies the allegations of this paragraph.

## Count 20
## Violation of Massachusetts Civil Rights Act – M.G.L. c. 12 §11H & 11I
### (Frances Rose, Sr.)

495.　　　The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

496.　　　The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

497.　　　The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

498.　　　The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

## Count 21
## Sexual Assault and Battery of a Minor
### (Patrick Rose Sr.)

499.　　　The defendant Patrick Rose Sr. denies the allegations of this paragraph.

500.　　　The defendant Patrick Rose Sr. denies the allegations of this paragraph.

501.　　　The defendant Patrick Rose Sr. denies the allegations of this paragraph.

## Count 22
## Negligence, Neglect and Abuse

**(Frances Rose)**

502.     The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

503.     The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

504.     The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

505.     The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

506.     The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

507.     The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

**Count 23**
**Negligence**
**(City of Boston, BPD Defendants)**

508.     The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

509.     The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

510.     The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

511.     The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

512.     The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

513.     The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

514.     The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

515.     The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

516.     The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

517.     The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

518.     The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

519.     The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

520.     The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

521.     The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

522.     The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

523.    The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.
524.    The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.
525.    The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.
526.    The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.
527.

## Count 24
## Negligence
### (DCF, DCF Defendants)

528.    The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.
529.    The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.
530.    The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.
531.    The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.
532.    The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.
533.    The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.
534.    The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.
535.    The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.
536.    The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.
537.    The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.
538.    The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.
539.    The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.
540.    The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.
541.    The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.
542.    The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.
543.    The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

## Count 25
## Negligence

**(BPPA, BPPA Defendants)**

544.    The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

545.    The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

546.    The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

547.    The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

548.    The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

549.    The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

550.    The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

551.    The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

552.    The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

553.    The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

554.    The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

555.    The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

556.    The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

557.    The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

558.    The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

559.    The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

560.    The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

561.    The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

562.    The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

**Count 26**
**Negligent Hiring, Training, Supervision and Retention**
**(City of Boston, BPD Defendants)**

563.    The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

564.    The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

565.        The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

566.        The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

567.        The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

**Count 27**
**Negligent Hiring, Training, Supervision and Retention**
**(DCF, DCF Defendants)**

568.        The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

569.        The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

570.        The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

571.        The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

572.        The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

**Count 28**
**Gross Negligence**
**(City of Boston, BPD Defendants)**

573.        The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

574.        The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

575.        The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

576.        The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

**Count 29**
**Gross Negligence**
**(DCF, DCF Defendants)**

577.        The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

578.        The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

579.        The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

580.        The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

**Count 30**
**Gross Negligence**

**(Frances Rose)**

581.    The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

582.    The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

583.    The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

584.    The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

**Count 31**
**Intentional Infliction of Emotional Distress**
**(City of Boston, BPD Defendants)**

585.    The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

586.    The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

587.    The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

588.    The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

**Count 32**
**Intentional Infliction of Emotional Distress**
**(DCF, DCF Defendants)**

589.    The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

590.    The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

591.    The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

592.    The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

**Count 33**
**Intentional Infliction of Emotional Distress**
**(BPPA, BPPA Defendants)**

593.    The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

594.    The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

595.    The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

596.    The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

**Count 34**
**Intentional Infliction of Emotional Distress**
**(Patrick Rose Sr.)**

597.    The defendant Patrick Rose Sr. denies the allegations of this paragraph.

598.     The defendant Patrick Rose Sr. denies the allegations of this paragraph.
599.     The defendant Patrick Rose Sr. denies the allegations of this paragraph.
600.     The defendant Patrick Rose Sr. denies the allegations of this paragraph.

**Count 35**
**Intentional Infliction of Emotional Distress**
**(Frances Rose)**

601.     The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.
602.     The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.
603.     The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.
604.     The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

**Count 36**
**Negligent Infliction of Emotional Distress**
**(City of Boston, BPD Defendants)**

605.     The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.
606.     The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.
607.     The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.
608.     The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.
609.     The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.
610.     The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

**Count 37**
**Negligent Infliction of Emotional Distress**
**(DCF, DCF Defendants)**

611.     The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.
612.     The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.
613.     The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.
614.     The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.
615.     The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.
616.     The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

**Count 38**
**Negligent Infliction of Emotional Distress**

**(BPPA, BPPA Defendants)**

617.     The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

618.     The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

619.     The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

620.     The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

621.     The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

622.     The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

**Count 39**
**Negligent Infliction of Emotional Distress**
**(Patrick Rose Sr.)**

623.     The defendant Patrick Rose Sr. denies the allegations of this paragraph.

624.     The defendant Patrick Rose Sr. denies the allegations of this paragraph.

625.     The defendant Patrick Rose Sr. denies the allegations of this paragraph.

626.     The defendant Patrick Rose Sr. denies the allegations of this paragraph.

627.     The defendant Patrick Rose Sr. denies the allegations of this paragraph.

**Count 40**
**Negligent Infliction of Emotional Distress**
**(Frances Rose)**

628.     The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

629.     The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

630.     The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

631.     The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

632.     The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

**Count 41**
**Violation of M.G.L. c. 119, § 51A**
**(City of Boston, BPD Defendants)**

633.     The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

634.     The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

635.     The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

636.     The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

**Count 42**
**Civil Conspiracy**
**(BPPA, BPPA Defendants)**

637.     The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

638.     The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

639.     The defendant Patrick Rose Sr. makes no answer to the allegations of this paragraph as it does not state a cause of action against him.

**Count 42**
**Loss of Consortium**
**(All Defendants)**

640.     The defendant Patrick Rose Sr. denies the allegations of this paragraph.

641.     The defendant Patrick Rose Sr. denies the allegations of this paragraph.

642.     The defendant Patrick Rose Sr. denies the allegations of this paragraph.

**REQUEST FOR JURY TRIAL**

The Defendant demands a trial by jury on all issues so triable.

**AFFIRMATIVE DEFENSES OF DEFENDANT PARTICK ROSE, Sr.**

1. The plaintiffs fail to state a claim upon which relief can be granted as to all causes of actions and counts of the complaint charging the defendant.

2. The complaint filed by the plaintiffs is barred by the statute of limitations as to all causes of actions and counts of the complaint charging the defendant.

3. The defendant Patrick Rose Sr. was not acting under the color of law for any and all of the Title 42 U.S.C. 1983 or 1985 claims against him.

4. The Defendant requests that this Court dismiss all claims against him and order any other relief that is right and just.

Respectfully submitted,
**Patrick Rose**
By his lawyer,

October 6, 2023

*/s/ William Keefe*
**William Keefe**
BBO: 556817
801 C Tremont Street
Boston, MA 02118
Telephone (617) 442-9201
Facsimile (617) 445-8002

**<u>CERTIFICATE OF SERVICE</u>**

I, William Keefe, hereby certify that I served this document through the Court's electronic filing system (ECF) on all persons so registered on October 1, 2023.

Dated: October 6, 2023.             *<u>/s/ William Keefe</u>*
                                    William Keefe