# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**Doe et al**

    Plaintiff

    V.

CIVIL ACTION

NO. 1:23-11294-FDS

**City of Boston et al**

    Defendant

# ORDER OF DISMISSAL

Saylor, C. J.

In accordance with the Court's MEMORANDUM AND ORDER dated March 29, 2024 (Dkt. No. 99), it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

By the Court,

3/29/2024                                            /s/ Flaviana de Oliveira
Date                                                     Deputy Clerk